Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                              Case No.: 19−24244−ABA
                                              Chapter: 13
                                              Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joanne Aungst
   dba Divine Empowerment Zone
   408 Copley Road
   Haddonfield, NJ 08033

Social Security No.:
   xxx−xx−6082

Employer's Tax I.D. No.:
   46−2288483

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

      Please be advised that on August 13, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 24 − 5
Order Vacating Order AS TO CREDIT COUNSELING for (related document:5 Order to Show Cause Why Case Should Not be Dismissed for re: Failure to Meet Credit Counseling Requirements,Failure to File Missing Documents. Missing Documents: Summary of Assets/Liabilities and Stat Info, Declaration About An Individuals Scheds, Statement of Financial Affairs For Individuals, Statement of Your Current Monthly Income & Calc of Commitment Period(122C−1), Calculation of Your Disposable Income (122C−2) − If Applicable, Ch. 13 Plan and Motions (LOCAL FORM), Schedules A/B,C,D,E/F,G,H,I,J, Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/23/2019. Hearing scheduled for 8/13/2019 at 10:30 AM at ABA − Courtroom 4B, Camden.). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/13/2019. (bc)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 13, 2019
JAN: bc

                                                                                         Jeanne Naughton
                                                                                         Clerk